UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

-----------------------------------------X
:
In re:                              : Chapter 7
:
SUSAN J. KELLEY,                    : Case No. 10-50973
:
:
Debtor                    : June 8, 2011
-----------------------------------------X

REPORT OF SMALL/UNCLAIMED DIVIDENDS

The undersigned trustee reports:

_____  The dividend(s) payable to the creditor(s) listed in Exhibit A hereto is (are) in an amount less than that Specified in Bankruptcy Rule 3010.

__X__  More than ninety (90) days have passed since the final distribution. I have made a reasonable effort to locate those creditors who did not cash their checks within 90 days or whose checks were returned undeliverable. The dividend(s) payable to the creditor(s) listed in Exhibit A hereto remain unclaimed.

Pursuant to Bankruptcy Rule 3010 or 3011, as applicable, and 11 U.S.C. §347(a), the undersigned trustee remits herewith a check in the total amount shown on Exhibit A for deposit into the United States Treasury, pursuant to chapter 129 of title 28.

DATED:     June 8, 2011.

_____
Richard M. Coan, Trustee
(ct06376)
Coan, Lewendon, Gulliver
& Miltenberger, LLC
495 Orange Street
New Haven, CT 06511
Telephone: (203) 624-4756
Facsimile: (203) 865-3673
rcoan@coanlewendon.com

# EXHIBIT A

Case Name:    Susan J. Kelley

Case Number:    10-50973

| Name and Address | Claim No. | Distrib. Amount | Small Dividend | Unclaimed Dividend |
|---|---|---|---|---|
| American Infosource Lp As Agent for World Financial Network National Bank As Agent for Victoria's Secret P.O. Box 248872 Oklahoma City, OK 73124-8872 | 1 | $ 19.89 | $ N/A | $ 19.89 |
| TOTAL AMOUNT REMITTED TO CLERK: | | | $ N/A | $ 19.89 |